# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

128287

TERRY WILLIAMSON and
DOROTHY WILLIAMSON,
     Plaintiffs-Appellants,

v

FORD MOTOR COMPANY,
     Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128287
COA: 250218
Wayne CC: 02-221261-NO

On order of the Court, the application for leave to appeal the February 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006

_____
Clerk

s0419